```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JERRY P. LUCERO,
11           Petitioner,                  No. CIV S-09-1608 DAD P
12       vs.
13   KERN VALLEY STATE PRISON
     WARDEN,
14
             Respondent.                  ORDER
15   _____/
```

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254 attacking a judgment of conviction and sentence

18  entered against him in the San Bernardino County Superior Court.

19          Petitioner is incarcerated in Kern County, which is part of the Fresno Division of

20  the United States District Court for the Eastern District of California.  See Local Rule 3-120(d).

21  However, as noted, petitioner was convicted in San Bernardino County which is an area

22  embraced by the United States District Court for the Central District of California.

23          While both the Fresno Division and the United States District Court in the district

24  where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410

25  U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

26  /////

1  application are more readily available in San Bernardino County.  Id. at 499 n.15; 28 U.S.C.
2  § 2241(d).

3  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
4  United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28
5  U.S.C. § 1406(a).
6  DATED: June 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
luce1608.108

2